UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 06-60554-CIV-RYSKAMP/TORRES

JAMES STUART FALLER, II,

    Plaintiff,

v.

UNITED STATES OF AMERICA,

    Respondent.
_____/

## ORDER DENYING MOTION FOR CERTIFICATE OF APPEALABILITY

THIS CAUSE comes before the Court pursuant to Movant's Notice of Appeal, filed April 4, 2008 **[DE 89]**, which the Court will treat as a Motion for Certificate of Appealability pursuant to Fed. R. App. P. 22(b)(2).

To merit a certificate of appealability, appellant must show that reasonable jurists would find debatable either (1) the merits of a constitutional claim or (2) both the merits of an underlying claim and the procedural issues he seeks to raise with respect to that claim. See 28 U.S.C. § 2253(c)(2); Slack v. McDaniel, 529 U.S. 473, 484, 120 S.Ct. 1595, 1604, 146 L.Ed.2d 542 (2000). Appellant has failed to satisfy either test set forth above. Accordingly, appellant's motion for a certificate of appealability, filed April 4, 2008 **[DE 89]** is DENIED.

DONE AND ORDERED at Chambers in West Palm Beach, Florida, this 5 day of April, 2008.

KENNETH L. RYSKAMP
UNITED STATES DISTRICT JUDGE